IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00115-PAB-MJW

ROBERT YEGANEH,

Plaintiff(s),

v.

HOTSPUR SPORTS COMPANY, INC.,
JOHN DOES 1-5, and
JANE DOES 1-5,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Joint Motion for Entry of Stipulated Protective Order (docket no. 21) is GRANTED finding good cause shown. The written Protective Order (docket no. 21-1) is APPROVED as amended in paragraph 13 and made an Order of Court.

Date: May 10, 2011