IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00115-PAB-MJW

ROBERT YEGANEH, a resident of the State of New York,

    Plaintiff,

vs.

HOTSPUR SPORTS COMPANY, INC., d/b/a CHARTER SPORTS, INC.,
    a Colorado Corporation, and
JOHN DOES 1-5 AND JANE DOES 1-5,

    Charters.

---

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO RE-SCHEDULE SETTLEMENT CONFERENCE** (Docket No. 26)

---

THIS MATTER having come before the Court on Defendant's Unopposed Motion for Enlargement of Time to Designate Non-Parties and the Court being fully advised, IT IS ORDERED that Defendant's Motion is GRANTED. ✱

Dated this 10TH day of May, 2011.

✱ The settlement Conference set on July 20, 2011 At 1:30 p.m. is VACATED. The parties shall contact Magistrate Judge Watanabe's chambers within 5 Days from the date of this order to reset the settlement conference.

MJW
5-10-11

/s/ Michael J. Watanabe
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO