IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-00115-PAB-MJW

ROBERT YEGANEH, a resident of the State of New York,

    Plaintiff,

v.

HOTSPUR SPORTS COMPANY, INC.,
d/b/a Charter Sports, Inc., a Colorado Corporation, and
JOHN DOES 1-5 AND JANE DOES 1-5,

    Defendants.
_____

### ORDER OF DISMISSAL WITHOUT PREJUDICE
### AS TO DEFENDANTS JOHN DOES 1-5 AND JANE DOES 1-5
_____

    This matter comes before the Court upon plaintiff's Motion for Dismissal of defendants John Does 1-5 and Jane Does 1-5 [Docket No. 20]. The Court has reviewed the pleading and is fully advised in the premises. It is

    ORDERED that the Motion for Dismissal of defendants John Does 1-5 and Jane Does 1-5 [Docket No. 20] is GRANTED. It is further

    ORDERED that, pursuant to Fed. R. Civ. P. 41(a), all claims against defendants John Does 1-5 and Jane Does 1-5 are dismissed without prejudice, with each party to bear its own attorneys' fees and costs.

    DATED May 11, 2011.

                                      BY THE COURT:

                                      s/Philip A. Brimmer
                                      PHILIP A. BRIMMER
                                      United States District Judge