IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00115-PAB-MJW

ROBERT YEGANEH, a resident of the State of New York,

    Plaintiff,

v.

HOTSPUR SPORTS COMPANY, INC., d/b/a CHARTER SPORTS, INC.,
    a Colorado Corporation

    Defendant.

---

**ORDER GRANTING JOINT MOTION
TO VACATE AND RESET SETTLEMENT CONFERENCE**
( Docket no 32 )

THIS MATTER comes before the Court on the parties Joint Motion to Vacate and Reset Settlement Conference. The Court has reviewed the pleading and is fully advised in the premises. It is

ORDERED that the Settlement Conference set on August 1, 2011 at 1:30 p.m. is VACATED. It is further

ORDERED that the Settlement Conference is reset for *August 15, 2011* at *10:30 am.*

DATED July *15,* 2011. *Settlement Statements shall be due August 10, 2011.*

BY THE COURT:

Michael J. Watanabe
U.S. Magistrate Judge
District of Colorado