IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00115-PAB-MJW

ROBERT YEGANEH, a resident of the State of New York,

    Plaintiff,

vs.

HOTSPUR SPORTS COMPANY, INC., d/b/a CHARTER SPORTS, INC.,
    a Colorado Corporation, and
JOHN DOES 1-5 AND JANE DOES 1-5,

    Charters.

---

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR LEAVE
FOR APPEARANCE AT SETTLEMENT CONFERENCE BY TELEPHONE**
( Docket No 36 )

---

THIS MATTER having come before the Court on Defendant's Unopposed Motion for Leave for Appearance at Settlement Conference by Telephone and the Court being fully advised, IT IS ORDERED that Defendant's Motion is GRANTED.

Dated this 26th day of July, 2011.

_____
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO