IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-00115-PAB-MJW

ROBERT YEGANEH,

Plaintiff(s),

v.

HOTSPUR SPORTS COMPANY, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Defendant's Unopposed Motion to Vacate and Reset Settlement Conference, DN 40, filed with the Court on August 5, 2011, is GRANTED.  The Settlement Conference set on August 15, 2011, at 10:30 a.m., is VACATED.  Counsel may reset the Settlement Conference upon joint motion.

Date:  August 9, 2011