**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe**

| | |
|---|---|
| **Civil Action No.:** 11-cv-00115-PAB-MJW | FTR - Courtroom A-502 |
| **Date:** November 18, 2011 | Courtroom Deputy, Cathy Coomes |
| ROBERT YEGANEH, | Aaron Bradford |
| Plaintiff, | |
| v. | |
| HOTSPUR SPORTS COMPANY, INC., | Kimberly Viergever |
| Defendant. | |

**COURTROOM MINUTES / MINUTE ORDER**

**TELEPHONIC STATUS CONFERENCE**

**Court in session:** **10:35 a.m.**
Court calls case.  Appearances of counsel by telephone.

Discussion regarding Plaintiff's Unopposed Motion to Stay Proceedings (Doc. #46, filed 11/15/11).

**ORDERED:** 1. A Telephonic Status Conference is set for **December 12, 2011, at 9:30 a.m.**  Plaintiff's counsel is directed to initiate a conference call to the Court by calling chambers at (303)844-2403 at the designated time.

2. Plaintiff's Unopposed Motion to Stay Proceedings (Doc. #46, filed 11/15/11) is held in abeyance until the Telephonic Status Conference on December 12, 2011.  Plaintiff's counsel shall be prepared to address the surgery and/or treatment options for Plaintiff at that time.

HEARING CONCLUDED.

**Court in recess:** **10:43 a.m.**
Total in-court time: 8 minutes

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or Toll Free    1-800-962-3345.