# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.**  11-cv-00115-PAB-MJW           FTR - Courtroom A-502

**Date:**  December 12, 2011                        Courtroom Deputy, Robin Mason

*Parties*                                           *Counsel*

ROBERT YEGANEH,                                     Aaron P. Bradford
                                                    Maxwell N. Shaffer
    Plaintiff(s),

v.

HOTSPUR SPORTS COMPANY, INC.,                       Kimberly A. Viergever
d/b/a CHARTER SPORTS, INC.,

    Defendant(s).

---

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   TELEPHONIC STATUS CONFERENCE
**Court in Session:**   9:36 a.m.
Court calls case. Appearances of counsel.

Discussion is held regarding status of Plaintiff's anticipated knee surgery.

Counsel for the Plaintiff makes an oral motion to withdraw docket number 46 Unopposed Motion to Stay Proceedings. With no objection by Defendant.

**It is ORDERED:**    Plaintiff's oral Motion is GRANTED, and Unopposed Motion to Stay Proceedings, docket number 46 , is WITHDRAWN.

**It is ORDERED:**    A Telephonic Status Conference/Further Scheduling Conference is set for **January 9, 2012 at 3:00 p.m.**  Parties shall file their Proposed Amended Scheduling Order **on or before January 5, 2012**.

All participating parties are to be on the call *before* the Court is contacted; Plaintiff shall create the conference call. Once the conference call is established, the Court shall be added as the final connection by dialing (303) 844-2403 at the scheduled time.

HEARING CONCLUDES.    **Court in recess:**  9:45 a.m.  Total In-Court Time:  00:09

To order a transcript of this proceedings, contact Avery Wood Reports  (303) 825-6119 or  Toll Free  1-800-962-3345.