IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-00115-PAB-MJW

ROBERT YEGANEH, a resident of the State of New York,

    Plaintiff,

v.

HOTSPUR SPORTS COMPANY, INC.,
d/b/a Charter Sports, Inc., a Colorado Corporation,

    Defendant.

_____

### ORDER OF DISMISSAL WITH PREJUDICE
_____

    This matter comes before the Court on the parties' Stipulated Motion to Dismiss With Prejudice [Docket No. 99]. The Court has reviewed the pleading and is fully advised in the premises. It is

    **ORDERED** that the Stipulated Motion to Dismiss With Prejudice is granted. It is further

    **ORDERED** that this matter is dismissed with prejudice, with each party to bear its own attorneys' fees and costs. It is further

    **ORDERED** that the trial preparation conference scheduled for March 22, 2013 at 2:30 p.m. and the jury trial scheduled for April 8, 2013 at 8:00 a.m. are vacated.

    DATED March 21, 2013.

                                                       BY THE COURT:

                                                       s/Philip A. Brimmer
                                                    PHILIP A. BRIMMER
                                                    United States District Judge